Chief Justice CASTILLE, Justices SAYLOR, EAKIN, BAER and McCAFFERY join the opinion.

**In re The NOMINATION PAPERS OF Mauree GINGRICH as a Candidate for Representative in The General Assembly in the 101st Legislative District,**

**Appeal of Russell H. Diamond.**

Supreme Court of Pennsylvania.

Submitted on Briefs March 14, 2008.

Decided April 3, 2008.

Lawrence M. Otter, Harrisburg, for Russell H. Diamond, appellant.

Linda J. Shorey, Marsha Ann Sajer, Anthony Richard Holtzman, Kirkpatrick &

Lockhart Preston Gates Ellis, LLP, Harrisburg, for Mauree Gingrich, appellee.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD and McCAFFERY, JJ.

### *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of April, 2008, the Order of the Commonwealth Court is hereby **AFFIRMED.**

Justice SAYLOR did not participate in the consideration or decision of this matter.

**Re: John McCAIN'S INELIGIBILITY TO BE ON PRESIDENTIAL PRIMARY BALLOT IN PENNSYLVANIA**

**Appeal of Carmon Elliott.**

Supreme Court of Pennsylvania.

April 3, 2008.

Carmon Elliott, pro se.

Lawrence J. Tabas, Obermayer Rebmann Maxwell & Hippel, L.L.P., Philadelphia, for John McCain, appellee.

---

5. We recognize James' argument that, given the specificity of the executive order, this interpretation gives petitioners filing objections a 48–hour extension for such filings, when the Governor gave only a 43–hour extension to parties filing nomination papers. Nevertheless, the executive order was silent as to its effect on the operation of Section 2937, and we interpret that section as contemplating a deadline at the end of the day.